UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD MORGAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-4574** |
| **ROBERT TANNER, CCE, WARDEN**<br>**24TH JUDICIAL DISTRICT COURT** | **SECTION "H"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, and the Report and Recommendation of the United States Magistrate Judge, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Ronald Morgan's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of May, 2014.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**